Dec. 1898.]               Opinion Per Curiam.

|No. 3124.   Decided December 5, 1898.]

J. M. MOORE, *Appellant*, v. D. B. STONE *et al.*, *Respondents.*

Appeal from Superior Court, Garfield County.—Hon. THOMAS H. BRENTS, Judge. Affirmed.

*James B. Kerr*, and *Stephens & Bunn*, for appellant.
*Gose & Kuykendall*, and *Tweedy & Jewett*, for respondents.

PER CURIAM.—This case falls within the rule announced by this court in *Moore v. Cormode*, *ante*, p. 305, and is accordingly affirmed.

---

[No. 3094.   Decided December 12, 1898.]

THE COLUMBIA INVESTMENT COMPANY, *a Corporation*, *Appellant*,
v. CITY OF SPOKANE *et al.*, *Respondents.*

Appeal from Superior Court, Spokane County.—Hon. WILLIAM E. RICHARDSON, Judge. Affirmed.

*W. H. Plummer, Danson & Huneke*, and *W. J. Thayer*, for appellant.
*A. G Avery, C. S. Voorhees*, and *Reese H. Voorhees*, for respondents.

PER CURIAM.—For the reasons assigned in the case of *Heath v. McCrea*, *ante*, p. 342, the judgment is affirmed.